11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Todd William Barr,                          * From the 42nd District
                                              Court of Taylor County,
                                              Trial Court No. 24291A.

Vs. No. 11-11-00184-CR                      * June 13, 2013

The State of Texas,                         * Memorandum Opinion by McCall, J.
                                              (Panel consists of: Wright, C.J.,
                                              McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.